**Appeal Dismissed and Memorandum Opinion filed March 5, 2020.**



In The

# Fourteenth Court of Appeals

## NO. 14-19-00821-CV

## IN THE ESTATE OF CYNTHIA HUTCHISON, DECEASED

**On Appeal from the Probate Court No 3**
**Harris County, Texas**
**Trial Court Cause No. 411054-402**

## MEMORANDUM OPINION

This is an appeal from a judgment signed September 16, 2019. The reporter's record has not been filed. On November 26, 2019, the clerk of this court notified the parties that we would consider and decide those issues that do not require a reporter's record unless appellant, Anthony L. Hutchison, provided this court with proof that he had paid or made arrangements to pay for the record. Such proof was due by December 11, 2019. Appellant did not file such proof or other response.

On January 14, 2020, we ordered appellant to file a brief by February 13, 2020. We cautioned that we would dismiss the appeals for want of prosecution if no brief was filed. See Tex. R. App. P. 42.3(b). No brief has been filed.

Accordingly, the appeal is dismissed.

PER CURIAM

Panel consists of Justices Wise, Jewell, and Poissant.